McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
OCT 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>TYLER SHAYNE NELSON, <br><br>　　　　　　Defendant. | CASE NO. 2:19-CR-185 MCE <br><br>18 U.S.C. § 2251(a) – Sexual Exploitation of a Child; 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography (2 Counts); 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2251(a) – Sexual Exploitation of a Child]

The Grand Jury charges: T H A T

TYLER SHAYNE NELSON,

defendant herein, between on or about May 10, 2018, and continuing through on or about May 20, 2018, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally employ and use a minor and attempt to employ and use a minor, "Minor Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to believe that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2251(a).

COUNT TWO: [18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography]

The Grand Jury further charges: T H A T

TYLER SHAYNE NELSON,

defendant herein, on or about August 2, 2017, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute and attempt to distribute one or more visual depiction of minors engaged in sexually explicit conduct, including, but not limited to:

- 01 (1).jpg
- 02.jpg
- 330.jpg
- thumb 19263

using a means and facility of interstate commerce, and which had been mailed, shipped, and transported in and affecting interstate commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE: [18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography]

The Grand Jury further charges: T H A T

TYLER SHAYNE NELSON,

defendant herein, between on or about June 6, 2018, and continuing through on or about June 10, 2018, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute one or more visual depiction of minors engaged in sexually explicit conduct, including, but not limited to:

- The video depicted in file 5f694720-abb9-4e47-b68a-38dfc221d6cf
- 806123589_107091 (an image)
- 804725193_210636 (an image)

/ / /

/ / /

INDICTMENT                                    2

1 | using a means and facility of interstate commerce and which had been mailed, shipped, and transported
2 | in and affecting interstate commerce, by any means including by computer, where the production of
3 | such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in
4 | Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation
5 | of Title 18, United States Code, Section 2252(a)(2).

6 | COUNT FOUR: [18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography]

7 |     The Grand Jury further charges: T H A T

8 |                   TYLER SHAYNE NELSON,

9 | defendant herein, on or about June 21, 2018, in the County of Sacramento, State and Eastern District of
10 | California, and elsewhere, did knowingly possess one or more matters which contained one or more
11 | visual depictions, including but not limited to:

(1) LG smartphone

- p.mp4
- a.mp4
- xexoo1nslqh0.gif
- 2c3ed3cca805.jpg
- 330.jpg
- b3QZYEu.jpg
- 10 (1).jpg

(2) Black HP laptop and Gateway laptop

- thumb_07677
- thumb_000181
- MU8B09

22 | that had been shipped and transported using a means and facility of interstate and foreign commerce,
23 | and in and affecting interstate and foreign commerce, and which was produced using materials which
24 | had been so shipped and transported, by any means including by computer, where the production of such
25 | visual depictions involved the use of a minor engaged in sexually explicit conduct as defined in Title 18,
26 | United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of
27 | Title 18, United States Code, Section 2252(a)(4)(B).

28

INDICTMENT                        3

**FORFEITURE ALLEGATION:** [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, defendant TYLER SHAYNE NELSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matters which contain visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations or any property traceable to such property, including but not limited to the following:

    a. a gray LG smartphone,
    b. a black HP laptop, SN: CND44274, and
    c. a Gateway laptop, SN: 85012681325.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Four of this Indictment, for which defendant is convicted, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

*[signature]*
McGREGOR W. SCOTT
United States Attorney

No. 2:19-CR-185 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## TYLER SHAYNE NELSON

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2255(a) – Sexual Exploitation of a Child; 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography (2 Counts); 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; and 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* __24th__ *day of* __October__, *A.D. 20* __19__

*Clerk*

Bail, $ _____

**NO BAIL WARRANT PENDING HEARING**

10-24-19

GPO 863 525

2:19-CR- 185 MCE

## United States v. Tyler Shayne Nelson
### Penalties for Indictment

**Defendants**
TYLER SHAYNE NELSON

**COUNT 1:**    ALL DEFENDANTS

VIOLATION:    18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

PENALTIES:    Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 (§ 3014)

**COUNTS 2 and 3:**    TYLER SHAYNE NELSON

VIOLATION:    18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES:    Mandatory minimum of 5 years in prison and a maximum of up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 (§ 3014)

**COUNT 4:**    TYLER SHAYNE NELSON

VIOLATION:    18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

PENALTIES:    Up to 10 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 (§ 3014)

**FORFEITURE ALLEGATION:**    Tyler Shayne Nelson

VIOLATION:    18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:    As stated in the charging document