Daniel B. Olmos, Esq., (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Tyler Shayne Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>TYLER SHAYNE NELSON,<br><br>               Defendant. | Case No. 2:19-cr-00185 MCE<br><br>**STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

    IT IS HEREBY STIPULATED AND AGREED between the United States of America, through Assistant United States Attorney Roger Yang, and Defendant Tyler Shayne Nelson, through his attorney Daniel Olmos, that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time between January 9, 2020, and April 9, 2020, be excluded pursuant to § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense. The Government has produced substantial discovery to the defense which defense counsel needs additional time to review.

///

///

IT IS SO STIPULATED:

Dated: January 6, 2020  NOLAN BARTON & OLMOS, LLP

 */s/* Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Tyler Shayne Nelson

Dated: January 6, 2020  MCGREGOR W. SCOTT
United States Attorney

By:  */s/* Roger Yang
Roger Yang
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time between January 9, 2020, and April 9, 2020, be excluded pursuant to § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense.

IT IS SO ORDERED.

DATED: January 7, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE