Daniel B. Olmos (SBN: 235319)

**NOLAN BARTON OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Tyler Shayne Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00185 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| v. | |
| TYLER SHAYNE NELSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Roger Yang, and Defendant Tyler Nelson, through his undersigned counsel, that the status hearing in this matter be continued from April 9, 2020, to June 25, 2020, to permit defense counsel additional time to review the extensive discovery in this matter, including to schedule a review of the contraband images at issue.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between April 9, 2020, to and including the June 25, 2020, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow

defense counsel reasonable time to prepare his client's defense. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to June 25, 2020, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: March 18, 2020	NOLAN BARTON & OLMOS, LLP

	*/s/* Daniel B. Olmos
	Daniel B. Olmos
	Attorney for Defendant Tyler Shayne Nelson

Dated: March 18, 2020	MCGREGOR W. SCOTT
	United States Attorney

	By:	*/s/* Roger Yang
		Roger Yang
		Assistant United States Attorney

**ORDER**

Pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Tyler Nelson be continued to June 25, 2020, at 10:00 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between April 9, 2020, to and including the June 25, 2020, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4. The Court specifically finds that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: April 1, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE