1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS, LLP
2  600 University Avenue
   Palo Alto, CA  94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Tyler Shayne Nelson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TYLER SHANE NELSON,<br><br>　　　　　Defendant. | Case No.: 2:19-CR-00185 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Roger Yang, and Defendant Tyler Shayne Nelson, through counsel Daniel Olmos, that the sentencing hearing in this matter be continued from September 2, 2021 to September 30, 2021.

　　　Specifically, the parties agree and stipulate, and request that the Court find the following:

　　　a)　　Counsel for defendant has been in trial in United States District Court for the Northern District of California, San Jose Division, in the matter *United States v. Chen, et al.*, Case No. 17-CR-00603-BLF, since July 23, 2021. The trial in this case is expected to continue through August 27, 2021.

　　　b)　　Due to the length of the trial and the closeness to the upcoming sentencing date in Mr. Nelson's matter, counsel for defendant desires additional time to review the anticipated Presentence Report, reply and/or object to the Presentence Report, conduct legal research, consult with Defendant,

---

*United States v. Nelson*; Case No. 19-CR-00185 MCE; Stipulation and Order to Continue Sentencing

and to otherwise prepare for Defendant's sentencing.

    c)    In addition, the Probation Officer assigned to the case needs additional time to conduct the investigation necessary for a complete Pre-Sentence Report.

    d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation for defendant's sentencing.

    e)    The government does not object to the continuance.

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to September 30, 2021.

IT IS SO STIPULATED:

Dated: August 10, 2021

NOLAN BARTON & OLMOS, LLP

*/s/ Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Tyler Shayne Nelson

Dated: August 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  */s/ Roger Yang*
Roger Yang
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TYLER SHAYNE NELSON,<br><br>　　　　　　　Defendant. | Case No.: 2:19-CR-00185 MCE<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing for Defendant Tyler Shayne Nelson be continued to September 30, 2021.

IT IS SO ORDERED.

Dated:  August 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

*United States v. Nelson*; Case No. 19-CR-00185 MCE; Stipulation and Order to Continue Sentencing