PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER SHAYNE NELSON,<br><br>Defendant. | 2:19-CR-00185-MCE<br><br>FINAL ORDER OF FORFEITURE |

On or about June 17, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Tyler Shayne Nelson, forfeiting to the United States the following property:

    a.    a gray LG smartphone,
    b.    a black HP laptop, SN: CND44274, and
    c.    a Gateway laptop, SN: 85012681325.

Beginning on June 22, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a.  Shayne Nelson:  A notice letter was sent via certified mail to Shayne Nelson at 11062 Gingerwood Way, Rancho Cordova, CA 95670 on June 21, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on June 24, 2021.

    b.  Blaine Nelson:  A notice letter was sent via certified mail to Blaine Nelson at 11062 Gingerwood Way, Rancho Cordova, CA 95670 on June 21, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on June 24, 2021.

    c.  Alyssa Nelson:  A notice letter was sent via certified mail to Alyssa Nelson at 11062 Gingerwood Way, Rancho Cordova, CA 95670 on June 21, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on June 24, 2021.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Tyler Shayne Nelson, Shayne Nelson, Blaine Nelson and Alyssa Nelson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE