PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00185 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION AND JUDGMENT |
| v. | DATE: November 4, 2021 |
| TYLER SHAYNE NELSON, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 30, 2021, this matter was set for a restitution hearing on November 4, 2021.

2. By this stipulation, the parties now move to vacate the November 4, 2021 restitution hearing and that the Court enter judgment without an award of restitution.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government notified the relevant victims of their right to seek and obtain restitution in this case under the Mandatory Victim Rights Act and other statutes.

   b) As of the filing of this stipulation, the government has not received a request for restitution or supporting documents to support an award of restitution.

1  IT IS SO STIPULATED.

2

3

4  Dated:  November 3, 2021                    PHILLIP A. TALBERT
                                               Acting United States Attorney
5

6                                              /s/ ROGER YANG
                                               ROGER YANG
7                                              Assistant United States Attorney

8

9  Dated:  November 3, 2021                    /s/ Daniel B. Olmos
                                               Daniel B. Olmos
10                                             Counsel for Defendant
                                               TYLER SHAYNE NELSON
11

12

13 **IT IS SO ORDERED.**

14 **Dated:  November 4, 2021**

15

16                                             _____
                                               MORRISON C. ENGLAND, JR
17                                             SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28