1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00185 MCE

12                        Plaintiff,       AMENDED STIPULATION AND PROPOSED
                                           ORDER REGARDING RESTITUTION AND
13              v.                         JUDGMENT

14 TYLER SHAYNE NELSON,                    DATE: November 4, 2021
                                           TIME: 10:00 a.m.
15                        Defendant.       COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1.      On September 30, 2021, this matter was set for a restitution hearing on November 4,

21 2021.

22       2.      By this stipulation, the parties now move to vacate the November 4, 2021 restitution

23 hearing.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government notified the relevant victims of their right to seek and obtain

26 restitution in this case under the Mandatory Victim Rights Act and other statutes.

27              b)      The parties agree that the $4,000 awarded to the victim is a reasonable estimate of

28 the victim's losses for the purposes of restitution.

1   IT IS SO STIPULATED.

2

3

4   Dated:  May 19, 2022                    PHILLIP A. TALBERT
                                            Acting United States Attorney

5

6                                           /s/ ROGER YANG
                                            ROGER YANG
7                                           Assistant United States Attorney

8

9   Dated:  May 19, 2022                    /s/ Daniel B. Olmos
                                            Daniel B. Olmos
10                                          Counsel for Defendant
                                            TYLER SHAYNE NELSON
11

12

13                          **ORDER**

14   IT IS SO ORDERED.

15   Dated:  May 24, 2022

16

17   _____
     MORRISON C. ENGLAND, JR.
18   SENIOR UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28